April 3, 1984.

474 A.2d 638

Commonwealth v. Ashford, Appellant.

Petition for Allowance of Appeal
Denied Aug. 13, 1984.

Submitted February 23, 1984.
Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

606

Before WICKERSHAM, MONTEMURO and MONTGOM-ERY, JJ.

Judgment of sentence affirmed.